FILED
CLERK, U.S. DISTRICT COURT

SEP 13 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>José Louis Vásquez,<br>Defendant. | CASE NO. CR 08-0061-VBF<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

— unknown background information
— prior criminal history

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

— unknown background information
— no bail resources
— current allegations

IT IS ORDERED that defendant be detained.

DATED: 9·13·2013

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE